548 A.2d 249

Richard A. SPRAGUE, in his capacities as attorney at law in the Commonwealth of Pennsylvania, taxpayer in the Commonwealth of Pennsylvania, and citizen of and duly registered voter in the Commonwealth of Pennsylvania, Petitioner,

v.

Robert P. CASEY, in his official capacity as Governor of the Commonwealth of Pennsylvania,

and .

James J. Haggerty, in his official capacity as Secretary of the Commonwealth of Pennsylvania,

and

William Boehm, in his official capacity as Commissioner of the Bureau of Legislation, Commissions and Elections,

and

Allen Ertel, in his capacity as Democratic Party nominee for the office of Justice of Supreme Court of Pennsylvania,

and

Anita B. Brody, in her capacity as Republican Party nominee for the office of Justice of the Supreme Court of Pennsylvania,

and

Walter M. Cohen, in his capacity as Republican Party nominee for the office of Judge of the Superior Court of Pennsylvania,

and

Catherine Ford–Elliot, in her capacity as Democratic Party nominee for the office of Judge of the Superior Court of Pennsylvania, Respondents.

Supreme Court of Pennsylvania.

Sept. 27, 1988.

Richard A. Sprague, Geoffrey R. Johnson, Philip I. Weinberg, Philadelphia, for petitioner.

Edward W. Mullinix, James D. Crawford, Schnader, Harrison, Segal & Lewis, Philadelphia, for Anita B. Brody.

Thomas A. Leonard, Dilworth, Paxson, Kalish & Kauffman, Philadelphia, for Allen Ertel.

Neil T. O'Donnell, Wilkes Barre, for Catherine Ford–Elliott.

Morey M. Myers, Gen. Counsel, Richard D. Spiegelman, Chief Deputy Gen. Counsel, Harrisburg, for Agency Liaison.

Andrew H. Cline, Deputy Gen. Counsel, Harrisburg, for Robert P. Casey, James J. Haggerty and William Boehm.

David Richman, Pepper, Hamilton & Scheetz, Philadelphia, for Walter M. Cohen.

E. Barclay Cale, Jr., Thomas B. Kenworthy, Andrew D. Leipold, Morgan, Lewis & Bockius, Philadelphia, for Republican State Committee of Pennsylvania, amicus curiae.

Karen M. Balaban, Harrisburg, for Pennsylvania Democratic State Committee, amicus curiae.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 27th day of September, 1988, the Court having assumed plenary jurisdiction and heard oral argument, the Respondents' preliminary objections are denied; the Petitioner's Application for Summary Relief is granted. The Secretary of the Commonwealth of Pennsylvania is hereby directed to remove from the ballot in the General Election of 1988 the offices of Justice of the Supreme Court of Pennsylvania and Judge of the Superior Court of Pennsylvania. See the dissenting opinion of Justice (now Chief

Justice) Nix in *Cavanaugh v. Davis*, 497 Pa. 351, 440 A.2d 1380 (1982).

Opinion to follow.

STOUT, J., did not participate in the consideration or decision of this case.